ELLEN F. ROSENBLUM
Attorney General
ALLISON WOITALLA #113494
ANDREW HALLMAN #083480
Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Allison.Woitalla@doj.state.or.us
          Andrew.Hallman@doj.state.or.us

Attorneys for Defendant Oregon Department of Corrections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KONRAD GARCIA,<br><br>      Plaintiff,<br><br>      v.<br><br>RAMONA PERRAULT; KATE BROWN; TED WHEELER; K. SCHAECHER; BETHANY SMITH; JOHN DOE(S) Parole Board Member 2010 thru 2015; JANE DOE(S) Parole Board Member 2010 thru 2015; KIM BROCKAMP; COLETTE PETERS; STEVE SHELTON; DEPARTMENT OF CORRECTIONS, et al. ,<br><br>      Defendants. | Case No.  2:15-cv-00419-PK<br><br>DECLARATION OF ALLISON WOITALLA IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A WAIVER OF SERVICE |

I, Allison L. Woitalla, declare:

Page 1 -   DECLARATION OF ALLISON WOITALLA IN SUPPORT OF DEFENDANTS'
            MOTION FOR EXTENSION OF TIME TO FILE A WAIVER OF SERVICE
            AW4/ssp/6817261-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

1.	I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the Oregon Department of Justice.

2.	Defendants' current deadline for filing a Waiver of Service is **September 28, 2015**.  The Oregon Department of Justice has not yet received written requests for representation from each of the named Defendants.

3.	Before appearing on behalf of State Defendants, the Oregon Department of Justice must contact all Defendants and obtain written requests for representation pursuant to Or. Rev. Stat. § 30.285.  This cannot be accomplished by the current deadline.

4.	By the accompanying Motion, the Oregon Department of Justice respectfully requests additional time, up to and including **October 28, 2015**, to obtain authorization to represent the named Defendants before waiving service on their behalf.

5.	This Motion for Extension of Time constitutes a limited appearance by the State as it does not consent to suit in federal court.

6.	This motion is made in good faith and not for the purpose of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September  28 , 2015.


	_s/ Allison Woitalla_
	ALLISON WOITALLA
	Honors Attorney

Page 2 -	DECLARATION OF ALLISON WOITALLA IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A WAIVER OF SERVICE
	AW4/ssp/6817261-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on September   28  , 2015, I served the foregoing DECLARATION OF ALLISON WOITALLA IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A WAIVER OF SERVICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Konrad Garcia | ___ HAND DELIVERY |
| SID # 4871332 |  X   MAIL DELIVERY |
| Snake River Correctional Institution | ___ OVERNIGHT MAIL |
| 777 Stanton Blvd. | ___ TELECOPY (FAX) |
| Ontario, OR  97914 | ___ E-MAIL |
|     Plaintiff *pro se* | ___ E-SERVE |

    *s/ Allison Woitalla*
ALLISON WOITALLA # 113494
ANDREW HALLMAN #083480
Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Allison.Woitalla@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Defendant Oregon Department
   of Corrections

Page 1 -   CERTIFICATE OF SERVICE
           AW4/cbh/6774557-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791